UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| LANE A. SIEFERS, an individual and DAVID SIEFERS, as guardian ad litem of RILEY E. SIEFERS, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFICARE LIFE ASSURANCE COMPANY, a California corporation,<br><br>Defendant. | 2:08-CV-00269-PMP-PAL<br><br><br><br><br>**ORDER** |

Before the Court for consideration is Defendant Pacificare's Motion for Summary Judgment (Doc. #37), filed on August 10, 2010, and there being no timely response in opposition thereto by Plaintiffs, and it further appearing that Defendant is entitled to relief requested on the merits of their motion, and good cause appearing,

**IT IS ORDERED that** Defendant Pacificare's Motion for Summary Judgment (Doc. #37) is **GRANTED**, and Plaintiffs' Complaint is hereby **DISMISSED**.

DATED: September 7, 2010.

_____
PHILIP M. PRO
United States District Judge